IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON aka
DWAYNE GARRETT,

     Plaintiff,                    No. CIV S-10-0124 KJM EFB PS

   vs.

DAVIS ENTERPRISE NEWSPAPER,
et al.,

     Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel to represent him. The court finds appointment of counsel for plaintiff is warranted. Attorney Kevin Schwin, who has been selected from the court's pro bono attorney panel, is hereby appointed and has accepted the appointment.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for appointment of counsel is granted. *See* Dckt. No. 93.

      2. Kevin Schwin is appointed to represent plaintiff for all further proceedings.

      3. The Clerk is directed to substitute Mr. Schwin in place of plaintiff who previously was proceeding pro se.

1

4. Kevin Schwin shall notify Sujean Park, at 916-930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Kevin Schwin, Law Offices of Mortimer & Schwin, 110 North D Street, Madera, CA 93638.

DATED: May 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE