IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON aka
DWAYNE GARRETT,

      Plaintiff,                   No. CIV S-10-0124 KJM EFB P

    vs.

DAVIS ENTERPRISE NEWSPAPER,
et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a prisoner represented by counsel in an action brought under 42 U.S.C. § 1983. The court appointed Kevin Schwin as plaintiff's attorney on May 11, 2011.

      Plaintiff has filed a pro se motion for preliminary injunction. Dckt. No. 104. Defendants opposed his motion. Dckt. No. 104. On June 30, 2011, the court ordered plaintiff's counsel to explain whether plaintiff's pro se motion for preliminary injunction should be noticed for hearing and/or granted. Dckt. No. 110. Plaintiff's counsel declared that he was discussing a stipulation with defense counsel that would resolve the issues raised in plaintiff's pro se motion. Dckt. No. 111. He further declared that he "would also request that Mr. Jamison's request for injunctive relief be granted, if a stipulation cannot be reached." *Id.*

////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Within fourteen days of the date of this order, the parties shall submit a stipulation and
3 proposed order to the court resolving the issues raised in plaintiff's pro se motion for injunctive
4 relief; or, plaintiff's counsel shall, after conferring with his client and complying with all ethical
5 rules, withdraw the motion for injunctive relief; or, plaintiff's counsel shall write and file a
6 properly noticed motion for injunctive relief in accordance with the local rules.

7     2. Failure to comply with this order may result in the imposition of sanctions.

8     3. The Clerk of the Court is directed to serve a copy of this order upon plaintiff at his
9 Yolo County Jail address.

10 DATED: July 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE