1  Kevin Schwin, Esq., SBN 262595
   MORTIMER & SCHWIN
2  110 North D Street
3  Madera, California 93638
   Telephone: (559) 674-8712
4  Facsimile: (559) 674-4160
   Kevin@Schwinlaw.com
5

6  Attorney for Plaintiff, Jeremy Jamison aka Dwayne Garrett

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JEREMY JAMISON,                    ) | Case No.: 2:10-cv-00124-KJM -EFB |
| 12                  Plaintiff,         ) | **STIPULATION AND ORDER** |
| 13       vs.                            ) | **ALLOWING PLAINTIFF TO AMEND THE COMPLAINT** |
| 14  DAVIS ENTERPRISE NEWSPAPER, et al. ) | |
| 15                  Defendants.        ) | |
| 16                                      ) | |
| 17                                      ) | |

18

19      IT IS HEREBY STIPULATED by and between the parties hereto, through their

20  respective counsel, that ~~this court may allow plaintiff to file~~ the amended complaint, a copy of

21  which is attached hereto, shall be filed.

22      It is further stipulated that defendants waive notice and service of the amended complaint~~,~~

23  ~~that defendants shall not be required to, but nevertheless may, answer, or otherwise respond to,~~

24  ~~the amended complaint. Should the defendants decide not to answer or otherwise respond to the~~

25  ~~amended complaint, the allegations thereof shall be deemed denied~~.

26

27

28

Stipulation and Order - 1                              *Jamison v. Davis Enterprise Newspaper, et al.*
**Error! Unknown document property name.**

1  Dated: July 22, 2011                    MORTIMER & SCHWIN

2

3

4                                          /s/ Kevin Schwin_____
                                           Kevin Schwin, Attorney for Plaintiff,
5                                          JEREMY JAMISON

6

7  Dated: July 22, 20111                   WILLIAMS & ASSOCIATES

8

9

10                                         /s/ Martha Stringer_____
                                           Martha M. Stringer, Attorney for Defendants
11                                         SHAID, BAILEY and JOHNSON

12                                 **ORDER**

13   Good cause appearing, ~~plaintiffs are hereby allowed to file the within proposed amended complaint within 21 days of the date of this Order~~ the Clerk of the court is directed to file the attachment to docket entry 121 as the First Amended Complaint Through Counsel.  Defendants shall respond to the complaint within 21 days of the date the complaint is filed.

     So Ordered.

Dated:  August 2, 2011.

                                           _____
                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE