1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEREMY JAMISON aka
     DWAYNE GARRETT,
11
                    Plaintiff,                  No. CIV S-10-0124 KJM EFB P
12
            vs.
13
     BAILEY, et al.,
14
                    Defendants.                  ORDER
15   _____/

16          Plaintiff, a state prisoner who is now represented by counsel, has filed this civil

17   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

18   Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  The instant

19   motions seek injunctive relief.

20          On March 9 and June 21, 2011, the magistrate judge filed findings and

21   recommendations, which were served on all parties and which contained notice to all parties that

22   any objections to the findings and recommendations were to be filed within fourteen days from

23   the date the findings and recommendations were served.  Plaintiff has filed objections to the

24   March 9, 2011 findings and recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

26   304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file,

                                        1

the court finds both sets of findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 9 and June 21, 2011, are adopted in full;

2. Plaintiff's December 22, 2010 motion for injunctive relief is denied. *See* ECF No. 73;

3. Plaintiff's December 3, 2010 motion for injunctive relief is denied. *See* ECF No. 60; and

4. Plaintiff's March 10, 2011 motion for injunctive relief is denied. *See* ECF No. 86.

DATED:  August 2, 2011.

_____
UNITED STATES DISTRICT JUDGE