IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON, aka
DWAYNE GARRETT,

        Plaintiff,                No. CIV S-10-0124 KJM EFB P

    vs.

BAILLIE, et al.,

        Defendants.        ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 25, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed July 19, 2010, denying plaintiff's motion for an injunction and removal from DVI. (Docket No. 50.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the magistrate judge's ruling is not clearly erroneous or contrary to law.

        On December 10, 2010, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the

/////

1

findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 10, 2010, are adopted in full;
2. The magistrate judge's order filed July 19, 2010, is affirmed;
3. Plaintiff's motion for a preliminary injunction is denied;
4. Plaintiff's motion for default judgment is denied, and
5. The Clerk is directed to terminate ECF Nos. 48, 50 and 53.

DATED: August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE