1 **WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2 Sacramento, CA  95822
(916) 456-1122
3 (916) 737-1126 (fax)

4 Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333
5 Christina Carroll, CSB #263713

6
Attorneys for defendants
7 SHAID, BAILEY, and JOHNSON

8

9
**IN THE UNITED STATES DISTRICT COURT**
10 **EASTERN DISTRICT OF CALIFORNIA**

11 JEREMY JAMISON aka ) CASE NO:  2:10-cv-00124-KJM-EFB
DWAYNE GARRETT, )
12 ) **STIPULATION AND ORDER TO VACATE**
Plaintiff, ) **DISCOVERY AND SCHEDULING ORDER**
13 vs. )
)
14 DAVIS ENTERPRISE NEWSPAPER, ) **Fed. R. Civ. P. 16(b)**
et al., )
15 )
Defendants. )
16 )

17 The parties have stipulated to the following:

18     Due to the fact that plaintiff JEREMY JAMISON has recently filed a second

19 amended complaint (Docket No. 141) and seeks to add defendants who have not yet

20 been served, plaintiff and defendants SHAID, BAILEY, and JOHNSON have agreed to

21 vacate the current scheduling order (Docket No. 125) and all related deadlines, and to

22 set a pretrial conference pursuant to Federal Rule of Civil Procedure 16 in

23 //

24 //

25 //

26 //

27 //

28 *Jamison v. Davis Enterprise* [2:10-cv-00124]    Stipulation and Order                                         Page 1

1  approximately 60 days, after the additional defendants have appeared.

2  Dated: November 7, 2011        MORTIMER & SCHWIN

3

4
                                  By:   /s/Kevin Schwin
5                                       KEVIN SCHWIN, CSB 262595
                                        Attorneys for plaintiff JAMISON
6

7

8  Dated: November 7, 2011        WILLIAMS & ASSOCIATES

9

10
                                  By:  /s/ Christina Carroll
11                                      CHRISTINA CARROLL, CSB 263713
                                        Attorneys for defendants
12                                      SHAID, BAILEY, and JOHNSON

13
                                    **ORDER**
14
   Having read the foregoing, and good cause appearing therefor,
15
   **IT IS ORDERED** that scheduling order is vacated pursuant to the stipulation of
16
plaintiff JEREMY JAMISON and defendants SHAID, BAILEY, and JOHNSON.   In due
17
course, the court will schedule further pretrial proceedings or set a status conference,
18
as appropriate.
19
20  Dated:  January 12, 2012.

21                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28  *Jamison v. Davis Enterprise* [2:10-cv-00124]     Stipulation and Order                              Page 2