**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333
Christina Carroll, CSB #263713

Attorneys for defendants
SHAID, BAILEY, and JOHNSON

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON aka DWAYNE GARRETT,<br><br>Plaintiff,<br><br>vs.<br><br>DAVIS ENTERPRISE NEWSPAPER, et al.,<br><br>Defendants. | CASE NO: 2:10-cv-00124-KJM-EFB<br><br>**STIPULATION AND ORDER TO VACATE DISCOVERY AND SCHEDULING ORDER**<br><br>**Fed. R. Civ. P. 16(b)** |

The parties have stipulated to the following:

Due to the fact that plaintiff JEREMY JAMISON has recently filed a second amended complaint (Docket No. 141) and seeks to add defendants who have not yet been served, plaintiff and defendants SHAID, BAILEY, and JOHNSON have agreed to vacate the current scheduling order (Docket No. 125) and all related deadlines, and to set a pretrial conference pursuant to Federal Rule of Civil Procedure 16 in

//
//
//
//
//

approximately 60 days, after the additional defendants have appeared.

Dated: November 7, 2011          MORTIMER & SCHWIN


By:   /s/Kevin Schwin
      KEVIN SCHWIN, CSB 262595
      Attorneys for plaintiff JAMISON


Dated: November 7, 2011          WILLIAMS & ASSOCIATES


By:  /s/ Christina Carroll
     CHRISTINA CARROLL, CSB 263713
     Attorneys for defendants
     SHAID, BAILEY, and JOHNSON

## ORDER

Having read the foregoing, and good cause appearing therefor,

**IT IS ORDERED** that scheduling order is vacated pursuant to the stipulation of plaintiff JEREMY JAMISON and defendants SHAID, BAILEY, and JOHNSON.   In due course, the court will schedule further pretrial proceedings or set a status conference, as appropriate.

Dated:  January 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE