IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jeremy Jamison

     Plaintiff(s)

vs.

Davis Enterprise Newspaper, et al.

     Defendants.

No. 2:10-cv-00124-KJM-EFB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Kevin Schwin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 11, 2011, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Service of Process on additional defendants, State of California, California Department of Corrections, and County of Yolo, California.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 205.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-00124-KJM-EFB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of November, 20 11, at Madera, California.

Kevin Schwin

Attorney for Plaintiff(s)


The above expenditure is _____ Approved   __X__ Denied without prejudice - Plaintiff has a pending IFP Application that may moot this request. If approved the IFP order will provide for service by the marshall.

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1-24-2012

United States ~~District Judge~~/Magistrate Judge