**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
SHAHID, BAILEY, JOHNSON,
CALIFORNIA DEPARTMENT OF CORRECTIONS
& REHABILITATION (CDCR) and
STATE OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY JAMISON AKA DWAYNE GARRETT, <br><br> Plaintiff, <br><br> vs. <br><br> BAILEY, et al. <br><br> Defendants. | CASE NO: 2:10-cv-00124-KJM-EFB <br><br> **SUBSTITUTION OF COUNSEL** |

Defendant SERGEANT C. JOHNSON hereby substitutes the following counsel in place and in stead of WILLIAMS & ASSOCIATES:

David A. Carrasco, CSB #160460
Office of the Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244-2550
(916) 323-1938 (Tel)
(916) 324-5205 (Fax)

//

//

//

//

*Jamison v Bailey, et al. [2:10-cv-00124]*   Substitution of Counsel   Page 1

Counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated:  December 21, 2012        By:  */s/ C. Johnson*
                                      Sergeant C. Johnson

I consent to this substitution.

Dated:  December 21, 2012        WILLIAMS & ASSOCIATES


                                 By: *Kathleen J. Williams*
                                     Kathleen J. Williams, CSB #127021


I accept this substitution.

                                 ATTORNEY GENERAL OF THE
                                 STATE OF CALIFORNIA

Dated: December 21, 2012         By:   */s/David A. Carrasco*
                                       David A. Carrasco, CSB #160460
                                       Supervising Deputy Attorney General


**IT IS SO ORDERED.**

Dated:  January 4, 2013.         _____
                                 Edmund F. Brennan
                                 U.S. Magistrate Judge

---

*Jamison v Bailey, et al. [2:10-cv-00124]*   Substitution of Counsel                                Page 2