**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
SHAHID, BAILEY, JOHNSON,
CALIFORNIA DEPARTMENT OF CORRECTIONS
& REHABILITATION (CDCR) and
STATE OF CALIFORNIA

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON AKA DWAYNE GARRETT,<br><br>             Plaintiff,<br><br>vs.<br><br>BAILEY, et al.<br><br>             Defendants. | CASE NO: 2:10-cv-00124-KJM-EFB<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant ABBAS SHAHID hereby substitutes the following counsel in place and in stead of WILLIAMS & ASSOCIATES:

David A. Carrasco, CSB #160460
Office of the Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244-2550
(916) 323-1938 (Tel)
(916) 324-5205 (Fax)

//

//

//

//

*Jamison v Bailey, et al. [2:10-cv-00124]*     Substitution of Counsel                                   Page 1

1  Counsel in this matter are requested to direct all communications to the above-
2  referenced address beginning immediately.
3  I consent to this substitution.

5  Dated: December 21, 2012          By: */s/Abbas Shahid*
                                          Abbas Shahid

8  I consent to this substitution.

10  Dated:  December 21, 2012        WILLIAMS & ASSOCIATES

12                                   By: *Kathleen J. Williams*
                                          Kathleen J. Williams, CSB #127021

15  I accept this substitution.

16                                   ATTORNEY GENERAL OF THE
                                     STATE OF CALIFORNIA

18  Dated: December 21, 2012         By:  */s/David A. Carrasco*
                                          David A. Carrasco, CSB #160460
19                                        Supervising Deputy Attorney General

22  **IT IS SO ORDERED.**

23  Dated:  January 4, 2013.

                                     Edmund F. Brennan
                                     U.S. Magistrate Judge

28  *Jamison v Bailey, et al. [2:10-cv-00124]*   Substitution of Counsel                    Page 2