**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
SHAHID, BAILEY, JOHNSON,
CALIFORNIA DEPARTMENT OF CORRECTIONS
& REHABILITATION (CDCR) and
STATE OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY JAMISON AKA DWAYNE GARRETT,<br><br>             Plaintiff,<br><br>vs.<br><br>BAILEY, et al.<br><br>             Defendants. | CASE NO: 2:10-cv-00124-KJM-EFB<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant State of California hereby substitutes the following counsel in place and in stead of WILLIAMS & ASSOCIATES:

David A. Carrasco, CSB #160460
Office of the Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244-2550
(916) 323-1938 (Tel)
(916) 324-5205 (Fax)

//

//

//

*Jamison v Bailey, et al. [2:10-cv-00124]*   Substitution of Counsel                               Page 1

1  Counsel in this matter are requested to direct all communications to the above-
2  referenced address beginning immediately.
3  I consent to this substitution.

5  Dated: December 10, 2012          By:   /s/David A. Carrasco
                                           David A. Carrasco, CSB #160460
6                                          Supervising Deputy Attorney General

8  I consent to this substitution.

10 Dated: December 10, 2012          WILLIAMS & ASSOCIATES

12                                   By: Kathleen J. Williams
                                         Kathleen J. Williams, CSB #127021

15 I accept this substitution.

                                     ATTORNEY GENERAL OF THE
17                                   STATE OF CALIFORNIA

19 Dated: December 10, 2012          By:   /s/David A. Carrasco
                                           David A. Carrasco, CSB #160460
                                           Supervising Deputy Attorney General

22 **IT IS SO ORDERED.**

23 Dated:  January 4, 2013.          _____
                                     Edmund F. Brennan
24                                   U.S. Magistrate Judge

28 *Jamison v Bailey, et al. [2:10-cv-00124]*   Substitution of Counsel                 Page 2