**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
SHAHID, BAILEY, JOHNSON,
CALIFORNIA DEPARTMENT OF CORRECTIONS
& REHABILITATION (CDCR) and
STATE OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY JAMISON AKA DWAYNE GARRETT,<br><br>            Plaintiff,<br><br>vs.<br><br>BAILEY, et al.<br><br>            Defendants. | CASE NO: 2:10-cv-00124-KJM-EFB<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant State of California hereby substitutes the following counsel in place and in stead of WILLIAMS & ASSOCIATES:

David A. Carrasco, CSB #160460
Office of the Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244-2550
(916) 323-1938 (Tel)
(916) 324-5205 (Fax)

//

//

//

*Jamison v Bailey, et al. [2:10-cv-00124]*     Substitution of Counsel                                              Page 1

1   Counsel in this matter are requested to direct all communications to the above-
2  referenced address beginning immediately.
3  I consent to this substitution.

5  Dated: December 10, 2012        By:  /s/David A. Carrasco
                                       David A. Carrasco, CSB #160460
6                                      Supervising Deputy Attorney General

8  I consent to this substitution.

10  Dated: December 10, 2012        WILLIAMS & ASSOCIATES

12                                  By: Kathleen J. Williams
                                       Kathleen J. Williams, CSB #127021

15  I accept this substitution.

                                    ATTORNEY GENERAL OF THE
17                                  STATE OF CALIFORNIA

19  Dated: December 10, 2012        By:  /s/David A. Carrasco
                                       David A. Carrasco, CSB #160460
                                       Supervising Deputy Attorney General

22  **IT IS SO ORDERED.**
23  Dated:  January 4, 2013.
                                    _____
                                    Edmund F. Brennan
24                                  U.S. Magistrate Judge