1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
SHAHID, BAILEY, JOHNSON,
CALIFORNIA DEPARTMENT OF CORRECTIONS
& REHABILITATION (CDCR) and
STATE OF CALIFORNIA

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON AKA DWAYNE GARRETT,

                    Plaintiff,

vs.

BAILEY,et al.

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: 2:10-cv-00124-KJM-EFB

**SUBSTITUTION OF COUNSEL**

        Defendant OFFICER D. BAILEY hereby substitutes the following counsel in place and in stead of WILLIAMS & ASSOCIATES:

David A. Carrasco, CSB #160460
Office of the Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244-2550
(916) 323-1938 (Tel)
(916) 324-5205 (Fax)

//

//

//

//

1    Counsel in this matter are requested to direct all communications to the above-

2    referenced address beginning immediately.

3    I consent to this substitution.

4

5    Dated: December 21, 2012          By:   /s/D. Bailey

6                                              Officer D. Bailey

7

8    I consent to this substitution.

9    Dated: December 21, 2012     WILLIAMS & ASSOCIATES

10

11                               By: Kathleen J. Williams

12                                      Kathleen J. Williams, CSB #127021

13

14

15   I accept this substitution.

16                                    ATTORNEY GENERAL OF THE
                                      STATE OF CALIFORNIA
17

18   Dated: December 21, 2012          By:   /s/David A. Carrasco

19                                            David A. Carrasco, CSB #160460
                                              Supervising Deputy Attorney General

20

21   **IT IS SO ORDERED.**

22   Dated:  January 4, 2013.

23                                    Edmund F. Brennan
                                      U.S. Magistrate Judge

24

25

26

27

28   _Jamison v Bailey, et al. [2:10-cv-00124]_      Substitution of Counsel                     Page 2