**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
SHAHID, BAILEY, JOHNSON,
CALIFORNIA DEPARTMENT OF CORRECTIONS
& REHABILITATION (CDCR) and
STATE OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON AKA DWAYNE GARRETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAILEY, et al.<br><br>　　　　Defendants. | CASE NO: 2:10-cv-00124-KJM-EFB<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant OFFICER D. BAILEY hereby substitutes the following counsel in place and in stead of WILLIAMS & ASSOCIATES:

David A. Carrasco, CSB #160460
Office of the Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244-2550
(916) 323-1938 (Tel)
(916) 324-5205 (Fax)

//

//

//

//

*Jamison v Bailey, et al. [2:10-cv-00124]*　　Substitution of Counsel　　Page 1

Counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated: December 21, 2012    By: /s/D. Bailey
　　　　　　　　　　　　　　　　　Officer D. Bailey

I consent to this substitution.

Dated: December 21, 2012    WILLIAMS & ASSOCIATES

　　　　　　　　　　　　　　By: *Kathleen J. Williams*
　　　　　　　　　　　　　　　　　Kathleen J. Williams, CSB #127021

I accept this substitution.

　　　　　　　　　　　　　　ATTORNEY GENERAL OF THE
　　　　　　　　　　　　　　STATE OF CALIFORNIA

Dated: December 21, 2012    By: /s/David A. Carrasco
　　　　　　　　　　　　　　　　　David A. Carrasco, CSB #160460
　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General

**IT IS SO ORDERED.**

Dated: January 4, 2013.

Edmund F. Brennan
U.S. Magistrate Judge