UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON,<br><br>  Plaintiff,<br><br>  v.<br><br>BAILLIE, et al.,<br><br>  Defendants. | No. 2:10-cv-0124-KJM-EFB P<br><br><br>ORDER DIRECTING PLAINTIFF'S<br>COUNSEL TO FILE A STATUS REPORT |

Plaintiff is a state prisoner proceeding through counsel in this civil rights action.

On December 6, 2012, counsel for plaintiff indicated he would be completing service of process for defendants Garza and Rodriguez. ECF. No. 171. More than enough time has passed, but there is no indication from the docket that defendants have been served. Counsel is reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint, unless the time is enlarged based upon a demonstration of good cause. Plaintiff's counsel shall submit a status report, within seven days, explaining whether defendants have been served and if not, what efforts he has made to serve them. If service has not been completed, plaintiff shall show cause why the claims against those defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

/////

1

In addition, plaintiff has filed numerous documents without the assistance of counsel, some of which claim that he is being denied essential medical treatment and faces immediate harm. *See* ECF Nos. 181-187. Plaintiff also indicates he has been unable to reach his attorney. ECF No. 183-3. Counsel for plaintiff shall, within seven days, inform the court whether he has been able to communicate with plaintiff regarding the pending motions. Counsel shall also inform the court as to whether he intends to modify or supplement plaintiff's motions with any additional briefing.

So ordered.

Dated: July 17, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE