UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, | No. 2:10-cv-124-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BAILLIE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel in this civil rights action. Several matters are pending before the court.

By order filed July 17, 2013, counsel for plaintiff was directed to inform the court within seven days as to (1) whether he intended to modify or supplement plaintiff's pro se motions for injunctive relief, and (2) the status regarding service of process on defendants Garza and Rodriguez. ECF No. 188.

As for plaintiff's pro se requests for injunctive relief, plaintiff's attorney responded that he "is not aware of any authority that would enable the Court to grant the relief requested in those Requests/Motions, as the issues raised are recent events that are outside the scope of the operative Complaint." ECF No. 189. He indicated further, that he did not intend to modify or supplement plaintiff's requests with any additional briefing. *Id.* Accordingly, plaintiff's motions, filed in pro se, are denied.

/////

1

As plaintiff is now represented by counsel, all documents filed in this action on behalf of plaintiff must be filed by his attorney.  *See* Fed. R. Civ. P. 11(a).

Counsel was also ordered to show cause why the claims against defendants Garza and Rodriquez should not be dismissed pursuant to Fed. R. Civ. P. 4(m).  Counsel represents that his searches for the information necessary to identify and serve defendants Garza and Rodriquez have been unsuccessful, but that he might be able to obtain the information through discovery.  ECF No. 189.  Rule 4(m) of the Federal Rules of Civil Procedure requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint, unless the time is enlarged based upon a demonstration of good cause.  As noted in the July 17, 2013 order, more than enough time has passed to allow plaintiff to locate and complete service of process on defendants Garza and Rodriquez.  However, the court will grant plaintiff a final opportunity to locate these defendants through limited discovery.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's pro se motions (ECF Nos. 182, 183, 184, 185, 186, 191, 192) are denied.
2. Discovery is opened for the limited purpose of allowing plaintiff to obtain information necessary to identify and locate defendants Garza and Rodriguez.  Discovery in this regard shall be completed no later than 90 days from the date of this order.  Within 21 days thereafter, all parties, including defendants Bailey, Shaid, Johnson, State of California, and California Department of Corrections and Rehabilitation, shall submit a joint status report, including a proposed schedule for further proceedings in this action.

Dated:  December 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2