UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, | No. 2:10-cv-124-KJM-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| BAILLIE, et al., | |
| Defendants. | |

On February 10, 2015, defendants filed a notice of motion "to compel compliance with requirements experts disclosures." ECF No. 206. That motion was noticed for hearing on March 11, 2015. *Id.* Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id.*

Although the deadline has passed, the docket reveals that no Joint Statement re Discovery Disagreement has been filed in connection with defendants' motion to compel. Therefore, that motion, ECF No. 206, is denied without prejudice and the March 11, 2015 hearing thereon is vacated.

SO ORDERED.

DATED: March 5, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE