UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAILLIE, et al.,<br><br>　　　　　Defendants. | No. 2:10-cv-124-KJM-EFB P<br><br>ORDER AFTER HEARING ON DEFENDANTS' MOTION TO SEVER CLAIMS AND DEFENDANTS |

Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. On March 11, 2015, this action was on calendar for hearing on defendants' motion to sever claims and defendants. Both parties appeared telephonically. Attorney Kevin Schwin appeared on behalf of plaintiff; Deputy Attorney General David Carrasco appeared on behalf of defendants. As stated on the record, IT IS HEREBY ORDERED that:

1. Defendants' motion to sever claims and defendants (ECF No. 205) is granted to the extent that plaintiff's claims against defendants Garza and Rodriguez are severed from this action and shall proceed in a new action, with the statute of limitations held in abeyance. *See DirecTV, Inc. v. Leto*, 467 F.3d 842, 846 (3d Cir. 2006) (claims that are severed rather than dismissed may continue in a separate suit so that they will not be time-barred). All dates in the court's April 7, 2014 scheduling order (ECF No. 203) remain in effect.

/////

1

2. Within seven days, plaintiff shall (a) file an amended complaint in this action omitting the severed claims, (b) commence a new civil action by filing a complaint that includes the severed claims,[1] and (c) file a Notice of Related Cases in accordance with Local Rule 123.

DATED: March 12, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] After plaintiff commences the new action, the court intends to schedule a telephonic status conference in that case on April 8, 2015, at 11:00 AM. The court notes that defense counsel agreed to waive service of process in the action to be commenced.

2