Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jeremy Jamison

        Plaintiff(s)

vs.

Davis Enterprise Newspaper, et al.

        Defendants.

No. 2:10-cv-00124-KJM-EFB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Kevin Schwin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 11, 2011, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel from my office in Fresno to Tracy, California and back, and overnight lodging (one night) in Tracy, California for the purpose of taking a total of three depositions over the course of two days. The depositions are noticed for March 4 and March 5, 2015. These depositions are depositions of named defendants, Officers Shahid, Bailey and Johnson. The mileage reimbursement request is for a total of 241.2 miles, which is the round-trip total mileage from my office in Fresno to the DVI facility in Tracy according to Google Maps. 241.2 miles times the current mileage reimbursement rate of $0.575 totals $138.69. In addition, I am seeking approval to incur $76.99 in lodging expenses to stay in Tracy overnight. I have shopped around to find the best available hotel rates and $76.99 ($69.99 plus tax) is the best rate available. I have attached my hotel booking confirmation and a Google Maps print-out verifying the expenses.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 215.68.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-00124-KJM-EFB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $215.68 | deposition expenses | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of February, 20 15, at Fresno, California.

Kevin Schwin
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 4-27-2015

United States ~~District Judge~~/Magistrate Judge