IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jereby Jamison

        Plaintiff(s)

vs.

Davis Enterprise Newspaper, et. al.

        Defendants.

No. 2:10-cv-00124-KJM-EFB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Kevin Schwin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 11, 2011, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Please see:

ATTACHMENT TO REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 274.38.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

ATTACHMENT TO
REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL)
AND REQUEST FOR PAYMENT

I needed to take three expert depositions in three different locations on April 8, 2015 and April 9, 2015. I started the trip from my office in Fresno and traveled to Elk Grove, California, for the deposition of Dr. Bruce P. Barnett, who was designated by Defendants in this case to testify as an expert witness. After the deposition, I traveled to Stockton, California, and stayed overnight at the Clarion Inn & Suites in Stockton. The following day, April 9, 2015, I traveled from the Clarion Inn & Suites in Stockton to the California Healthcare Correctional Facility for the deposition of Melissa Salisbury, RN. Ms. Salisbury assisted with treatment of Plaintiff for the asthma attack at issue in this case. After the completion of Ms. Salisbury's deposition, I traveled to the DVI Correctional Facility in Tracy, California, to take the deposition of Dr. Sambrajya Palagummi. Dr. Palagummi evaluated Plaintiff upon arrival at DVI and determined Plaintiff had certain ADA restrictions that are at issue in this case. After the depositions of Ms. Salisbury and Dr. Palagummi, I traveled back to my office in Fresno. I seek approval to incur $79.92 in lodging expenses for the stay in Stockton overnight. I shopped around to find the best available hotel rates and $79.92 ($74.00 plus tax) was the best available. I further seek reimbursement for 338.2 miles of travel times the current mileage reimbursement rate of $0.575, totaling $194.46. I have attached my hotel confirmation and Google Maps print-outs verifying the expenses.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-00124-KJM-EFB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of October, 2015, at Fresno, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ____✓____ Approved    _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 11-2-2015

_____
United States District Judge/Magistrate Judge